Wilver Lopez #68930-053
<small>Name and Prisoner/Booking Number</small>

United States Penitentiary Canaan
<small>Place of Confinement</small>

PO Box 300
<small>Mailing Address</small>

Waymart, PA 18472
<small>City, State, Zip Code</small>

FILED
SCRANTON

APR 0 9 2018

PER _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MIDDLE PENNSYLVANIA

Wilver Lopez
<small>(Full Name of Plaintiff)</small>          Plaintiff,

vs.

(1) United States of America
<small>(Full Name of Defendant)</small>

(2) _____

(3) _____

(4) _____
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 3:18-CV-772
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☒ Other: Federal Tort Claims Act ("FTCA")

2. Institution/city where violation occurred: United States Penitentiary Lewisburg

550/555

## B. DEFENDANTS

1. Name of first Defendant: __United States of America__. The first Defendant is employed as: __Staff (several)__ at __United States Penn Lewisburg__.
   (Position and Title) (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Negligence__

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: __Negligence__
   - ☐ Medical care
   - ☐ Retaliation

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. Based on the negligence of the Federal Bureau of Prisons staff at the United States Penitentiary Lewsiburg in the handling and preparation of food served to the inmate population on or about November/December 2016 which resulted in the undersigned being contaminated with Salmonella food poisoning.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). The gross negligence of the staff caused the undersigned to become ill with Salmonella.

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __Deliberate indifference to a serious medical need.__

2. Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   The undersigned became ill with diarrhea, nausea, vomiting as well as abdominal pain. The undersigned requested medical treatment during the course of his illness and the medical department stated that they "could not" in any way possible treat everyone that fell ill. They further stated to the undersigned to drink plenty of water in order to "Flush" the system.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   The actions and omissions of the United States Penitentiary Lewisburg staff alleged here amounts to gross negligence, failure to adequately train and deliberate indifference to a serious medical need. Which amounted to the undersigned becoming ill with Salmonella.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: __N/A__

2. Count III. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.   N/A

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).

   N/A

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III?   ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
<u>As provided by The Federal Tort Claims Act (FTCA), 28 U.S.C. §2672,</u>
<u>damages are sought in the amount of $66,000.00.</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>3-21-2018</u>
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Case Manager:
Authorized by the Act of July 7, 1955,
as amended, to administer oaths
(18 USC 4004)
USP Canaan

6

Wilver Lopez
#68930-053
United States Penitentiary Canaan
PO Box 300
Waymart, PA 18472

RECEIVED
SCRANTON
APR 09 2018
PER_____
DEPUTY CLERK

"Legal Mail"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
CLERK OF THE COURT
PO BOX 1148
SCRANTON, PA 18501